Antonio Edwards AA1528
Name and Prisoner Booking Number

C-5atF Corcoran State Prision
Place of Confinement

900 Quebec Avenue
Mailing Address

Corcoran, CA 93212
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

> **FILED**
>
> **Nov 15, 2021**
>
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Antonio E. Edwards
Full Name of Plaintiff)                    Plaintiff,

v.

(1)CDCR Correctional officer G. Arreguin
Full Name of Defendant)

(2)

(3)

(4)

                              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:21-cv-01650-HBK(PC)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents. 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: CALIFORNIA SUBSTANCE ABUSE & TREATMENT FACILITY

Revised 3 15 2016                              1

## B. DEFENDANTS

1.  Name of first Defendant: _Antonio Edwards_____. The first Defendant is employed as:
    _Inmate_____ at _CSatF Corcoran State Prison_.
    (Position and Title) (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____ at_____.
    (Position and Title) (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____ at_____.
    (Position and Title) (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at_____.
    (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8TH AMENDMENT CRUEL ?
UNUSUAL PUNISHMENT - EXCESSIVE FORCE

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☑ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I was sprayed, Slammed to the ground and punched all while handcuffed behind my back. I was asked to turn around and place my hands behind my back to be cuffed which I complied without incident. As I was getting escorted out the retunda officer G. Arreguin screamed get the "fuck down motherfucker", while spraying me. I was slammed to the ground by officer Sanchez and then was being attacked by G. Arreguin which was (sprayed, punched and kicked).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

My face was bruised and swolled and my back is still hurting when I lay or move a certain way.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim I?    ☑ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☑ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. Claim II. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?        ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?        ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?        ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.**
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                  ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?         ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking to sue G. Arreguin and settle a payment from the CDCR and their officer G. Arreguin. COMPENSATORY AND PUNITIVE DAMAGES AND OTHER RELIEF AS THIS COURT MAY SEE FIT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 - 6 - 21___
DATE

___Antonio Edwards___
SIGNATURE OF PLAINTIFF

Inmate Antonio Edwards
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Antonio Edwards
(Signature of attorney, if any)
P.O box 5242
CSatF-Facility E correction State prison
Corcoran, CA 93212

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking to sue G. Arreguin and settle
a payment from the CDCR and of their officer G. Arreguin.
COMPENSATORY AND PUNITIVE DAMAGES AND OTHER RELIEF AS THIS COURT MAY SEE
FIT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 - 6 - 21___
                  DATE

_Antonio Edwards_
SIGNATURE OF PLAINTIFF

___Inmate Antonio Edwards___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___Antonio Edwards___
(Signature of attorney, if any)
___P.O. box 5242___
___C S a t F - Facility E corceren state prison___
___Corcoran, CA 93212___

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.