1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   MICHAEL J. YUN, State Bar No. 292587
    Deputy Attorney General
4     600 West Broadway, Suite 1800
    San Diego, CA 92101
5   Telephone: (619) 321-5793
    Fax: (619) 645-2061
6   E-mail: Michael.Yun@doj.ca.gov
    *Attorneys for Defendant G. Arreguin*

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12  ANTONIO EDWARDS,                      1:21-cv-01650-ADA-HBK (PC)

13                          Plaintiff,    **STIPULATION FOR VOLUNTARY**
                                          **DISMISSAL WITH PREJUDICE**
14             v.                         **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

15

16  G. ARREGUIN,

17                          Defendant.

18

19         Plaintiff Antonio Edwards and Defendant G. Arreguin have resolved this case in its

20  entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal

21  Rule of Civil Procedure 41(a)(1)(A)(ii).

22         Each party shall bear its own litigation costs and attorney's fees.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                          1

1     It is so stipulated.

2   Dated:  8/23/23                                                        

3                                              ANTONIO EDWARDS
                                           Plaintiff

4

5   Dated:  8/23/23

6                                              MICHAEL J. YUN

7                                            Deputy Attorney General

8                                            California Attorney General's Office
                                           Attorneys for Defendant G. Arreguin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  SA2022304314

28

2

# CERTIFICATE OF SERVICE

Case Name:   **Antonio Edwards (BA1528) v.**          No.   **1:21-cv-01650-ADA-HBK (PC)**
             **G. Arreguin**

I hereby certify that on <u>August 23, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 23, 2023</u>, at San Diego, California.

| A. Flores | | Signature |
|---|---|---|
| Declarant for eFiling | | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>August 23, 2023</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Antonio Edwards
BA1528
California Substance Abuse Treatment Facility & State Prison, Corcoran
P.O. Box 5242
Corcoran, CA 93212-7100
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 23, 2023</u>, at San Diego, California.

| E. Olguin | | */S/ E. Olguin* |
|---|---|---|
| Declarant for Service by U.S. Mail | | Signature |

SA2022304314
84112019.docx